UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-23435-UNGARO

MARK POCKUBA,

     Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES,
LTD., et al.,

     Defendant.

_____/

ORDER RE-SCHEDULING MEDIATION

The mediation conference in this matter with Joel Kaplan is re-scheduled for Tuesday, January 24th, 2017, at 10:00 A.M. at Kaplan & Freedman, P.A., 9410 S.W. 77th Avenue, Miami, Florida.

ENTERED this 8th day of _____Dec._____, 2016.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record